**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael Y. Jung, State Bar No. 245260
Email: *mjung@luch.com*
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the
Operating Engineers Pension Trust, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, AND SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>Plaintiffs,<br><br>v.<br><br>BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation,<br><br>Defendant. | 8:18-CV-01323 JLS (JDEX)<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br>Assigned to the Honorable Josephine L. Staton |

TO THE HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT COURT JUDGE:

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-

Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund (collectively the "Trustees") and Defendant Black Diamond Contracting Group, Inc., a California corporation ("Black Diamond"), by and through their respective counsel of record, that subject to the approval of the Court:

1. With regard to the claims raised by the Trustees in the within lawsuit, Black Diamond is liable to the Trustees for the amount of $38,402.93.

2. Judgment shall be entered against Black Diamond, and in favor of the Trustees, for the amount of $38,402.93, plus pre-judgment and post-judgment interest calculated at 8% per annum from September 19, 2018, until paid in full, in the form attached hereto as Exhibit 1.

**IT IS SO STIPULATED:**

DATED: October 9, 2018        LAQUER, URBAN, CLIFFORD & HODGE LLP

By: _Michael J. Jung_
Michael Y. Jung, Attorney for Plaintiffs,
Trustees of the Operating Engineers Pension Trust, et al.

DATED: October 9, 2018        CRAIG BEAUCHAMP, ESQ.

By: _[signature]_
Craig J. Beauchamp, Attorney for Defendant,
Black Diamond Contracting Group, Inc.

1282967

STIPULATION FOR ENTRY OF JUDGMENT

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On October 9, 2018, I served the foregoing document(s) described below:

**STIPULATION FOR ENTRY OF JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

| | |
|---|---|
| Black Diamond Contracting Group, Inc.<br>3570 Oleander Street<br>Seal Beach, CA 90740 | *Defendant* |
| Craig J. Beauchamp, Esq.<br>Attorney at Law<br>PO Box 25857<br>Santa Ana, CA 92780<br>Email: Legallycraig@gmail.com | *Attorney for Defendant, Black Diamond Contracting Group, Inc.* |

**XXX** (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

**XXX** (BY PDF FORMAT/EMAIL) I caused each such document to be transmitted by PDF Format, to the parties and E-mail address indicated above.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on October 9, 2018, 2018, at Pasadena, California.

**XXX** (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

_____
Gina Marston

PROOF OF SERVICE