UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, AND SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, <br><br>Plaintiffs, <br><br>v. <br><br>BLACK DIAMOND CONTRACTING GROUP, INC., a California corporation, <br><br>Defendant. | 8:18-cv-01323 JLS-JDE <br><br>**JUDGMENT** <br><br>Assigned to the Honorable Josephine L. Staton |

1

In light of the stipulation by the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund, shall recover from Defendant Black Diamond Contracting Group, Inc., the principal amount of $38,402.93, plus pre-judgment and post-judgment interest thereon at the rate of 8% per annum from September 19, 2018, until paid in full.

Dated: October 16, 2018

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE